UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 9, 2002

MEMORANDUM TO COUNSEL RE:

"Maryland Thimerosal Litigation"
Hoggan v. Merck & Co.
Civ. No. AMD 02-2907

___FILED ___ENTERED
___LODGED ___RECEIVED

OCT 09 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

I acknowledge Ms. Stein's letter dated October 8, 2002, regarding Local Rule 105.1, and I thank her for the same.

My view is that **no defendant** should file any preliminary motions in these cases until after motions for remand have been adjudicated. Indeed, **I hereby extend the time for any defendant to move, answer or otherwise respond to any of the complaints in these cases until after the court has ruled on motions for remand or until the time for filing such motions has expired, whichever is the latest**.

I trust that this responds adequately to defendants' concerns.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt